Argued and submitted April 27, convictions affirmed; remanded for entry of
corrected judgment June 28, 1995

## STATE OF OREGON,
*Respondent,*

*v.*

## BEACHER FLOYD NOBLE,
*Appellant.*

(CF 93-0695; CA A82754)

896 P2d 617

Irene B. Taylor, Deputy Public Defender, argued the cause for appellant. With her on the brief was Sally L. Avera, Public Defender.

Stephanie S. Andrus, Assistant Attorney General, argued the cause for respondent. With her on the brief were Theodore R. Kulongoski, Attorney General, and Virginia L. Linder, Solicitor General.

Before Deits, Presiding Judge, and De Muniz and Haselton, Judges.

PER CURIAM

## PER CURIAM

Defendant appeals his conviction for robbery in the first degree, assault in the fourth degree, and menacing. ORS 164.415; ORS 163.160; ORS 163.190. We affirm his convictions without discussion and remand for entry of a corrected judgment.

Defendant argues, and the state concedes, that the trial court should have imposed a 36-month, rather than 60-month, term of post-prison supervision, pursuant to OAR 253-05-002(2)(c). Although defendant did not object when the trial court verbally imposed the 60-month term, he requests that we exercise our discretion to review the unpreserved claim of error. *See* ORAP 5.45(2).

The circumstances of this case are identical to those in *State v. Jones*, 129 Or App 413, 879 P2d 881 (1994). The error is apparent on the face of the record and, for the reasons discussed in *Jones*, we exercise our discretion to review it. We remand for entry of a corrected judgment deleting the 60-month term of post-prison supervision and imposing a 36-month term.

Convictions affirmed; remanded for entry of corrected judgment.